IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**GONZALO HERNANDEZ ALAMILLA**,

    Petitioner,

v.                                                                           Civil Action No. **3:23CV387 (RCY)**

**WARDEN AT FCI PETERSBURG**,

    Respondent.

**MEMORANDUM OPINION**

    Petitioner, a federal prisoner proceeding *pro se*, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  By Memorandum Order entered on June 16, 2023, the Court directed Petitioner, within thirty (30) days of the date of entry thereof, to pay the $5.00 filing fee or complete and return an *in forma pauperis* affidavit.  The Court warned Petitioner it would dismiss the action if Petitioner did not pay the filing fee or complete and return the *in forma pauperis* affidavit within thirty (30) days of the date of entry thereof.  More than thirty (30) days have elapsed since the entry of the June 16, 2023 Memorandum Order and Petitioner has not responded.  Accordingly, the action will be dismissed without prejudice.

    An appropriate Order shall accompany this Memorandum Opinion.

                                                                           /s/
                                                             Roderick C. Young
                                                             United States District Judge

Date:  July 25, 2023
Richmond, Virginia