IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**GONZALO HERNANDEZ ALAMILLA,**

    Petitioner,

v.                                                       Civil Action No. **3:23CV387 (RCY)**

**WARDEN AT FCI PETERSBURG,**

    Respondent.

### MEMORANDUM OPINION

    By Memorandum Order entered on June 16, 2023, the Court conditionally docketed Petitioner's action. At that time, the Court informed Petitioner that he must immediately inform the Court if he relocates while the action is pending. On August 23, 2023, the United States Postal Service returned an August 8, 2023 Memorandum Opinion and Order to the Court marked, "RETURN TO SENDER," because Petitioner has been released. Since that date, Petitioner has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

    An appropriate Order shall accompany this Memorandum Opinion.

/s/ *RCY*
Roderick C. Young
United States District Judge

Date: September 13, 2023
Richmond, Virginia